1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

               CENTRAL DISTRICT OF CALIFORNIA
9

10  **MATTHEW WILKINS**,

                                        CASE NO. 2:19-cv-06351-GSF
11              Plaintiff,

                                        **ORDER GRANTING**
12    v.                                **STIPULATION OF DISMISSAL**
                                        **OF PLAINTIFF MATTHEW**
13  **SERVICE EMPLOYEES**               **WILLKINS**
    **INTERNATIONAL UNION LOCAL**
14  **721**, *et al,*

15              Defendants.

16

17

18

19

20

ORDER No. 2:19-cv-06351-GSF

                        1

**ORDER**

PURSUANT TO THE STIPULATION of the parties filed on December 10, 2019

Fed. R. Civ. P. 41(a)(1)(A)(ii), and finding Good Cause therefore, this Court

HEREBY ORDERS that:

    1.    All claims brought by Plaintiff Matthew Wilkins against Defendants

Ventura County, Jeffery S. Burgh (erroneously sued as Jeffrey S. Burgh) and SEIU

Local 721 are dismissed with prejudice.

**IT IS SO ORDERED.**

Date: December 11, 2019          _____

                                    HON. DALE S. FISCHER

                                    United States District Judge

[PROPOSED] ORDER
No. 2:19-CV-06351-GSF

2